IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JASON JERMAINE HALL, #252285, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| ) | CIVIL ACTION NO. 2:15-CV-689-WKW |
| ) | (WO) |
| v. ) | |
| ) | |
| ROBERT BENTLEY, et al., ) | |
| ) | |
| Defendants. ) | |

## RECOMMENDATION OF THE MAGISTRATE JUDGE

Jason Jermaine Hall ("Hall"), an indigent state inmate incarcerated at the Bullock Correctional Facility, initiated this 42 U.S.C. § 1983 action on September 21, 2015. After reviewing the complaint and finding numerous deficiencies in this pleading, the court determined that Hall should file an amended complaint. A detailed order was therefore issued explaining the deficiencies and providing Hall instructions with respect to filing the amended complaint. *Order of September 22, 2015 - Doc. No. 4.* The court specifically "***advised [Hall] that this case will proceed only against the defendants named and claims presented in the amended complaint***" and cautioned him that his failure to comply this order would result in a Recommendation that this case be dismissed. *Id*. at 4 (emphasis in original). In an effort to aid Hall in filing the amended complaint, the court "provide[d] him with a copy of the form used by prisoners to file complaints." *Id*.

The time allowed Hall to file the amended complaint expired on October 15, 2015.

As of the present date, Hall has failed to file the amended complaint as required by this court. In light of Hall's failure to file, the court concludes that this case should be dismissed. *Tanner v. Neal,* 232 Fed. App'x 924 (11th Cir. 2007) (affirming *sua sponte* dismissal without prejudice of inmate's § 1983 action for failure to file an amended complaint in compliance with court's prior order directing amendment and warning of consequences for failure to comply, noting that inmate was provided with "a standard form [and] a clear description of what [the] complaint should contain." ); *Moon v. Newsome,* 863 F.2d 835, 837 (11th Cir. 1989) (As a general rule, where a litigant has been forewarned, dismissal for failure to obey a court order is not an abuse of discretion.).

Accordingly, it is the RECOMMENDATION of the Magistrate Judge that this case be dismissed ***without prejudice*** for failure of the plaintiff to file an amended complaint as directed by the order of this court. It is further

ORDERED that on or before January 27, 2016, the parties may file objections to the Recommendation. A party must specifically identify the factual findings and legal conclusions in the Recommendation to which the objection is made; frivolous, conclusive, or general objections will not be considered. Failure to file written objections to the Magistrate Judge's findings and recommendations in accordance with the provisions of 28 U.S.C. § 636(b)(1) shall bar a party from a de novo determination by the District Court of legal and factual issues covered in the Recommendation and waives the right of the party to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions accepted or adopted by the

District Court except upon grounds of plain error or manifest injustice.  *Nettles v. Wainwright*, 677 F.2d 404 (5th Cir. 1982); 11TH CIR. R. 3-1.  *See Stein v. Lanning Securities, Inc.*, 667 F.2d 33 (11th Cir. 1982); *see also Bonner v. City of Prichard*, 661 F.2d 1206 (11th Cir. 1981) (en banc).

DONE, this 13th day of January, 2016.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
CHIEF UNITED STATES MAGISTRATE JUDGE